# CARTER LEDYARD MILBURN

**Gerald W. Griffin**
Partner
griffin@clm.com

2 Wall Street
New York, NY 10005
D / 212-238-8672

September 21, 2021

Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Courtroom 910, Chambers 914

Re: <u>Tenzer-Fuchs v. Globallab Corp., No. 2:21-CV03454</u>

Dear Judge Tiscone,

    We represent Defendant Globallab Corp. in this matter. We recently received a settlement agreement from Plaintiff's counsel, which we executed and returned to Plaintiff's counsel today. We contacted Plaintiff's counsel today, but were unable to reach him because he is out of the office in observance of the Jewish holiday. We expect him to file a stipulation of dismissal with the court upon his return to the office.

    Respectfully submitted,

*/s/ Gerald W. Griffin*

Gerald W. Griffin