**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TENZER-FUCHS, | Case No. 2:21-CV03454-JS-ST |
| Plaintiff, | |
| -against- | **STIPULATION OF** |
| GLOBALLAB CORP., | **DISMISSAL WITH PREJUDICE** |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties and/or their respective counsel hereby dismiss the above-captioned action, inclusive of all claims and counterclaims asserted therein, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 11, 2021

| | |
|---|---|
| SHALOM LAW, PLLC | CARTER LEDYARD & MILBURN LLP |
| By: *Jonathan Shalom* | By: /s/Gerald W. Griffin |
| Jonathan Shalom, Esq. | Gerald W. Griffin, Esq. |
| 105-13 Metropolitan Avenue | 2 Wall Street |
| Forest Hills, NY 11375 | New York, New York 10005 |
| 718-971-9474 | Tel: (212) 238-8672 |
| Attorneys for Plaintiff | Attorneys for Defendant |