**FILED
CLERK**

4:15 pm, Oct 12, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

TENZER-FUCHS,

        Plaintiff,

-*against*-

GLOBALLAB CORP.,

        Defendant.

Case No. 2:21-CV03454-JS-ST

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties and/or their respective counsel hereby dismiss the above-captioned action, inclusive of all claims and counterclaims asserted therein, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 11, 2021

| | |
|---|---|
| SHALOM LAW, PLLC | CARTER LEDYARD & MILBURN LLP |
| By: */Jonathan Shalom/* | By: /s/Gerald W. Griffin |
| Jonathan Shalom, Esq.<br>105-13 Metropolitan Avenue<br>Forest Hills, NY 11375<br>718-971-9474 | Gerald W. Griffin, Esq.<br>2 Wall Street<br>New York, New York 10005<br>Tel: (212) 238-8672 |
| Attorneys for Plaintiff | Attorneys for Defendant |

The Clerk of Court is directed to mark this case CLOSED.

    Dated: October 12, 2021
          Central Islip, New York

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.